# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## NO. 03-25-00127-CV

**Cameron Harris, Appellant**

**v.**

**Chelsea True, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-23-008574, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## S U P P L E M E N T A L   M E M O R A N D U M   O P I N I O N

On October 17, 2025, we issued our opinion and judgment in this case. Appellant Cameron Harris and appellee Chelsea True subsequently filed a joint motion for rehearing, asking us to vacate the part of our judgment reversing and remanding for the trial court to reconsider the attorney's fees award. The remainder of the judgment otherwise affirmed the trial court's order.

Accordingly, we grant the joint motion for rehearing. We vacate the portion of our judgment relating to the attorney's fees issue and affirm the trial court's judgment in full. We withdraw our judgment of October 17, 2025, and issue a new one in its stead.

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Affirmed on Motion for Rehearing

Filed:   December 4, 2025